[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 25, 2006
THOMAS K. KAHN
CLERK

No. 05-13469

D. C. Docket No. 01-00014 CV-CAR-3

ROBERT A. JOHNS,

Plaintiff-Appellant,

versus

REXAM MEDICAL PACKAGING, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Georgia

**(April 25, 2006)**

Before DUBINA, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

In this diversity case applying Illinois law to a contract to produce clear plastic bags for growing mushrooms, Appellant Robert A. Johns ("Johns") appeals the district court's order granting judgment as a matter of law in favor of Appellee Rexam Medical Packaging, Inc. ("Rexam") after a jury returned a verdict in favor of Johns and awarded him $500,000 for breach of implied covenant of good faith and fair dealing.

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we conclude that there is not even a scintilla of evidence to support Johns's claims.

Accordingly, we affirm the district court's grant of judgment as a matter of law based on its well-reasoned order filed on June 1, 2005.

**AFFIRMED.**